MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> VONG DINH TRAN, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 11-0575 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On September 28, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to October 26, 2011. The parties have agreed to exclude the period of time between September 28, 2011 and October 26, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0575 EMC

1 At the hearing, the Court made findings consistent with this agreement.
2 SO STIPULATED:
3
4           MELINDA HAAG
          United States Attorney
5
6 DATED: October 4, 2011           /s/
          LOWELL C. POWELL
7           Special Assistant United States Attorney
8
9 DATED: October 4, 2011           /s/
          ELIZABETH FALK
10           Attorney for VONG DINH TRAN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0575 EMC

[PROPOSED] ORDER

For the reasons stated above and at the September 28, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 28, 2011 through October 26, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/4/11



THE HON. _____ CHEN
United States _____

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0575 EMC