STEVEN KALAR
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Tran

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 11–575 EMC |
|---|---|
| Plaintiff, | [PROPOSED] STIPULATED ORDER CONTINUING HEARING |
| v. | |
| VONG DINH TRAN, | |
| Defendant. | |

The above-entitled matter is currently scheduled for August 2, 2017. The parties agree that the status hearing regarding Mr. Tran's supervised release violation should be continued to allow time for Mr. Tran to make a state court appearance on August 8, hopefully to finalize the state court matter. For this purpose, the parties request a continuance to August 23, 2017 at 2:30 p.m.

The probation Officer Janie Zhuang is in agreement with the proposed change to the status date.

//

//

//

//

//

IT IS SO ORDERED.

July 31, 2017
Dated

EDWARD M. CHEN
United States District Judge

*It is so ordered. /s/ Judge Edward M. Chen*

IT IS SO STIPULATED.

July 28, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

          /S
PHILIP KOPCZYNSKI
Assistant United States Attorney

July 28, 2017
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

          /S
ELIZABETH FALK
Assistant Federal Public Defender